169 P.3d 1023

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Park | 27153 | 05/18/2007 | Vacated & remanded |
| State v. Kimura | 27997 | 09/07/2007 | Vacated |
| First Hawaiian Bank v. Lau | 26704 | 09/11/2007 | Vacated & remanded |
| M.S.K. v. T.L.L. | 27817 | 09/26/2007 | Affirmed, vacated, denied & remanded |
| Chung v. Thomas | 27022 | 10/18/2007 | Vacated & remanded |
| Freedle v. City and County of Honolulu, Finance Dept. | 27085 | 10/25/2007 | Affirmed |
| State v. Kalilikane | 28170, 28171 | 10/25/2007 | Affirmed |